United States Bankruptcy Court
For the District of Colorado

| | | |
|---|---|---|
| In re: ) | | |
| Springs Medical Associates P.C. ) | | Bankruptcy Case No. 20-17026-KHT |
| ) | | Chapter 11 |
| ) | | |
| Debtor(s). ) | | |

**DEFICIENCY NOTICE: DOCUMENTS DUE    11/9/2020**

The following missing documents are required for your case:

- Statement of Financial Affairs
- Summary of Assets and Liabilities
- All Schedules: A/B, D, E/F, G, H
- Corporate Ownership Statement
- List of Equity Security Holders
- List of Creditors Holding 20 Largest Unsecured Claims
- Statement regarding whether a receiver is in possession of all or any part of the Debtor's property (L.B.F. 1007-7.1)
- Small Business Balance Sheet (due no later than 11/2/2020)
- Small Business Statement of Operations (due no later than 11/2/2020)
- Small Business Cash Flow (due no later than 11/2/2020)
- Most Recent Federal Income Tax Return

**Your case is subject to dismissal if you fail to file the missing documents or otherwise request a hearing in writing by the above date.[1]**

Date: 10/27/2020                           Kenneth S. Gardner, Clerk
                                           U.S. Customs House, 721 19th Street, Denver, CO 80202

Create your "List of Creditors" online: http://www.cob.uscourts.gov/credentry/splash_creditor_entry.asp
The Official Bankruptcy Forms are available at http://www.uscourts.gov/forms/bankruptcy-forms
The Official Local Bankruptcy Forms are available at http://www.cob.uscourts.gov/forms/all-forms
For more information on how to file the missing document(s) or information about your case:
    Call: 720-904-7300
    Live Chat Online: www.cob.uscourts.gov

---

[1] See 11 U.S.C. § 521 and/or 11 U.S.C. §1116, Federal Rule of Bankruptcy Procedure 1007 and/or 3015, and/or Local Bankruptcy Rule 1007-6, and 1007-7.