# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-17026-KHT |
| SPRINGS MEDICAL ASSOCIATES, P.C. ) | Chapter 11 |
| Tax ID / EIN: 47-1480785 ) | |
| Debtor. ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Eric Papalini, COO and court ordered manager of Springs Medical Associates PC/Inc., by and through undersigned attorneys, Brenda L. Bartels and Hanes & Bartels LLC, files this Entry of Appearance and request for notices.

Pursuant to Fed. R. Bankr. P. 9034(k), Mr. Papalini requests that all pleadings and notices filed in this case be served on him at the address set forth below.

Dated: October 28, 2020.                Respectfully submitted,

*/s/Brenda L. Bartels*
Brenda L. Bartels, #17117
HANES & BARTELS LLC
102 S Tejon, Suite 800, Colorado Springs, CO 80903
Phone: (719) 260-7900 -  blb@hhbcolorado.com
Attorneys for Mr. Papalini, COO of Springs Medical
Associates PC/Inc.

CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2020, a copy of the ENTRY OF APPEARANCE AND REQUEST FOR NOTICES was served on the following in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:  VIA ECF

| | |
|---|---|
| T. Edward Williams<br>7 World Trade Ctr, 250 Greenwich St, Suite 4629<br>New York, NY 10007<br>edward.williams@wmsintl.com | Robert Samuel Boughner<br>Byron G. Rogers Federal Building<br>1961 Stout St., Ste. 12-200, Denver, CO<br>Samuel.Boughner@usdoj.gov |
| Joli A. Lofstedt<br>P.O. Box 270561, Louisville, CO 80027<br>joli@jaltrustee.com | |

*/s/ Brenda L. Bartels*
Brenda L. Bartels