**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:

Springs Medical Associates, P.C., a
Colorado professional corporation

Debtor.

Bankr. Case No. 1:20-bk-17026KHT

Chapter 11

**CERTIFICATE OF SERVICE**

I certify that on October 29, 2020, I served a complete copy of Debtor's Motion for Turnover of Property (the "Motion') with Exhibits attached thereto, Notice of the Motion, and a Proposed Order on the following parties in compliance with the Rules of Bankruptcy Procedure and the Court's Local Rules:

Samuel Boughner, Esq.          via CM/ECF
The United States Trustee

Joli A. Loftstedt, Esq.          via CM/ECF
United States Trustee

Equity First
Eric Papalini
Brenda Bartles, Esq.          via email and United States Mail

Under L.B.R. 2002-1, I further certify that I served a complete copy of Debtor's Motion for Turnover of Property (the "Motion') with Exhibits attached thereto, Notice of the Motion, and a Proposed Order on the following parties in the attached Creditor Matrix, which was obtained from this Court's docket on October 29, 2020 in accordance with 11 U.S.C. §342(c) and Fed. R. Bankr. P. 2002.

Dated: October 28, 2020.

**RESPECTFULLY SUBMITTED**

/s/ T. Edward Williams, Esq.

_____

T. Edward Williams, Esq.
WILLIAMS LLP
7 World Trade Center
250 Greenwich Street 46th FL.
New York, New York 10007
Tel: 212.634.9106
Fax: 212.202.6228
Email: Edward.williams@wmsintl.com
*Proposed Attorneys for Debtor*