UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

SPPRINGS MEDICAL ASSOCIATES, P.C.,

Debtor.

Bankruptcy Case No. 20-17026 KHT
Chapter 11

ORDER AND NOTICE OF HEARING

**IT IS HEREBY ORDERED** that Debtor's Motion to Compel Turnover of Financial Records and Assets of the Bankruptcy Estate is set for a non-evidentiary hearing docket before Judge Kimberley H. Tyson on **Monday, November 2, 2020 at 1:30 p.m..** The parties shall be prepared to make legal arguments and/or appear for a status and scheduling conference. It is

FURTHER ORDERED that Debtor shall serve notice of the hearing in accordance with L.B.R. 2081-1(c)(2).

Parties shall appear telephonically and call the Court prior to the hearing at 1-888-684-8852. The meeting ID number is **4168567**, followed by the # sign. Please stay on the line until the court operator takes the roll call and the hearing begins. **The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear, and be subject to imposition of sanctions as appropriate.**

Dated this 29th day of October, 2020.

BY THE COURT:

_/s/ Kimberley H. Tyson_
Kimberley H. Tyson
United States Bankruptcy Judge